395 A.2d 1000

Vega Industries, Inc. v. Lemont Corporation, Appellant.

Argued September 12, 1978.  F. Mayer, with him John F. X. Fenerty, for appellant;  M. Patricia Beckett, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.

395 A.2d 1000

Vito, Appellant, v. Monroe County Area Vocational Technical School Authority.

Argued September 12, 1978.  W. Brian Golden, for appellant;  M. Love, with him Samuel W. Newman, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.